# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Anton.F.Liverpool                                Civil No: unassigned
Inmate # 155581                                  Dated: 6-9-2020
Intake center p.o. Box 8249
Cranston R.I. 02920                              A Complaint In Damages

          v-

The city of New York
John doe #1   Warden of Anna Kross correctional Rikers Island  1818 Hazen St Queens N.Y. 11370
John doe #2   Deputy warden of Anna Kross correctional Rikers Island  1818 Hazen St Queens N.Y. 11370
John doe #3   Watch tour comander of Anna Kross correctional Rikers Island 1818 Hazen St, Queens NY 11370
John doe #4   area supervising captain of Anna Kross correctional Rikers Island 1818 Hazen St, Queens NY 11370
              officer Vaugh of Anna Kross correctional Rikers Island 1818 Hazen St, Queens NY 11370
John doe #5   officer John doe of Anna Kross correctional Rikers Island 1818 Hazen St, Queens, NY 11370
John doe #6   officer John doe of Anna Kross correctional Rikers Island 1818 Hazen St, Queens NY 11370
John doe #7   officer John doe of Anna Kross correctional Rikers Island 1818 Hazen St, Queens NY 11370

Intheir indivisal and official capacity

## Parties:

### plaintiff

(1) At all times herein mentioned the plaintiff Anton F. Liverpool (Liverpool) is and was an inmate incorcirated within and for the State of New York (the state) in the coustody and care of the Department of corrections (D.O.C) for the state being housed at Rikers Island correctional facility (Rikers) 1818 Hazen Street East Elmhurst, New york, 11370 Housing area 3uppus

Defendant's

(2) At all times herein mentioned the defendant John doe #1 is and was an employe of the city of New york at Rikers Island holding the Rank and title of warden of Anna Kross correctional and is being sued in his or her indivijual and offical capacity.

(3) At all times herein mentioned the defendant reconized as the city of New york is and was the agencey/orgnization and municipal power under who policy color and employement all other defedant's were acting under and representitive's of.

(4) At all times herein mentioned the defendant John doe #2 is and was an employe of the city of New york employed at Rikers Island holding the rank of Deputy warden at Anna Kross correctional and is being sued herein in his or her indivijual and offical capacity.

(5) At all times herein mentioned the defendant John doe #3 is and was a correction officer at rikers Island holding the rank of Watch/tour Comander and is being sued herein in his or her indivijual and offical capacity.

(6) At all times herein mentioned the defendant John doe #4 is and was a correction officer at rikers Island holding the rank of captain and is being sued herein in his or her indivijual and offical capacity.

(7) At all times herin mentioned the defendant officer Vaungh is and was a correction officer at Rikers Island holding the rank of correction officer and is being sued herein in her indivijual and offical capacity.

page #2

(8) At all times herein mentioned defendant John doe #5 is and was a correction officer at rikers Island holding the rank of correctional officer and is being sued herein in his indivijual and offical capacity.

(9) At all times herein mentioned defendant John doe #6 is and was a correction officer at rikers Island holding the rank of correctional officer and is being sued herein in his indivijual an offical capacity.

(10) At all times herein mentioned defendant John doe #7 is and was a correction officer at rikers Island holding the rank of correctional officer and is being sued herein in his offical and indivijual capacity.

count one:

(11) paragraphs numbering 1-10 are incorperated here by reference as if set forth at length and made a part hereof this first count.

(12) on or about July into August 2018, liverpool was at 1818 Hazen st Rikers Island housed (housed) in 3upper cell #30 (the darkside).

(13) on or about 9:00pm (July) John doe #6 and John doe #7 secured plaintiff in his cell area and neglected to properly secure other inmates such a inmate jerome Betheune in their cell.

(14) on or about 11:00pm July 12th - August 2018 officer Vaughn and john doe #5 (white male aprox 6'1 inch abot 220 lbs dark hair of russhin or european decent) came on to housing area 3upper for their regular 11:00pm - 7:00Am post and failed too properly cheak and secure inmates in their cell and cheak for objects in cell doors that are regulary kept in locks by inmates to

object's and inmates being secured in their cell's.

(19). On or about July 12th 2018 between the hours of 10:00 PM - 3:00 AM defendant John doe #3 failed to enshore the chain of comand was followed in respect's to officer's properly inspecting lock's of cell door's of 3upper of Anna Kross correctional for obstructing object's and properly securing inmate's in their cell's.

(20). On or about July 12th 2018 between the hours of 11:00 PM and 3:00 AM defendant's known as officer Vaugh and officer John Doe #5 violated department rules when they turned off all hallway light's (night light's) in housing area 3upper of the anna Kross correctional facility (rivers island) enabeling an inmate (Jerome Bethea) to move in the stealth of darkness after unlocking his unsecured cell and assault plaintiff (Liverpool) with D.O.C cleaning fluid's (liquid's) too his/Liverpool's eye's by throwing said cleaning liquid's into plaintiff's eye's.

(21). The plaintiff was harmed, and injured by this assault with burning too his eyes with long lasting pain and irritation also imparied vision.

(22). The defendants knew or should have known the plaintiff would be harmed, and injured as a direct, and proximate result of their actions or lack their of (seeing also that this was not the first incident of such kind)(in housing area 3upper)

(23). The plaintiff was harmed, and injured including but not limited To:

A) suffered burning and irritation to the eyes for week's
B) suffered loss of much of his vision (temporarily) for day's
C) suffered long term vision impairment

D) Suffered psychological trauma through the ordeal of vonerability (in knowing that this inmate (Jerome bethelune) regulary made threath's to plaintiff as did other inmate's in reference to his (Liverpool) criminal charges in the presence of officer Vaugh Johndoe #'s 4,5,6,7, and followed through on them

E) After prision offical's became aware of a threat to Liverpool's (plaintiff's) safety in the west side of the jail (Due too plaintiff's criminal charges of sexual assault of wich he was aquited) he Liverpool was still kept in the jail by prison officals to be harassed threatend and assaulted by numerous inmates on a continuos basis. (resulting in the assault in 3upper) (ie. with no protective coustody status being provided)

(24). Each defendant had a duty to protect the plaintiff from the actions of each of the other defendant's and failed in his/her duty.

(25). Therefore plaintiff prays the court grant the following relief:

A) compensatory damages of $200,000.⁰⁰
b) punitive damages of $50,000.⁰⁰
c) costs and attorney fees
d) such other relief as this court deems just and equitable.

## Legal claims

(26) Defendant's actions constitute crule, and unusual punishment in Violation of the eight amendment to the United States Constitution, and Article one section Five of the New york state Constitution.

page # 5

## Statement of Past Actions

(27). The Plaintiff has not brought any actions based on the fact's alleged herein.

## Jurisdiction

(28). This action is brought to remedy the deprivation, under color of state law, of the plaintiff's right's guaranteed by the eight and fourteenth amendment's to the united states constitution and state of Newyork constitution provisions

## Previously Dismissed Actions or Appeals

(29). Plaintiff has not had any actions dismissed as frivolous malicious or for faliure to state a claim upon wich relief may be granted

## Jury Demand

(30). Plaintiff request a jury trial

## Declaration under penalty of perjury

(31). I hereby declare under penalty of perjury that I am the plaintiff in the above action, that I have read the above complaint and that the information therein is true and accurate to the best of my Knowledge and belief. I understand that if I lie in this complaint I could be prosecuted for perjury and punished with as much as Five (5) years in prison and/or fined up to $250,000.

I therefore set forth my hand this the 9th, day of, June, 2020 executed at cranston Rhode Island.

By AntonF. Liverpool

AntonF. Liverpool #155581

Intak center p.o Box 8249

(02920) Cranston Rhode Island

page #7