UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON F. LIVERPOOL,

                              Plaintiff,

        – against –

THE CITY OF NEW YORK *and* JOHN
DOES #1-7,

                              Defendants.

**ORDER**

20 Civ. 4664 (ER)

Ramos, D.J.:

        The court is in receipt of *pro se* Plaintiff Liverpool's letter filed October 27, 2020 providing additional information to the City regarding John Doe defendants.  Doc. 14.  Pursuant to this Court's Order dated October 8, 2020, the City has 30 days to respond to this letter.  Doc. 13. However, because 30 days from October 27 would fall on the Thanksgiving holiday, the City's response to Plaintiff's October 27 letter is hereby extended to Monday, November 30.


        IT IS SO ORDERED.


Dated:    October 28, 2020
          New York, New York

_____
              Edgardo Ramos, U.S.D.J.