UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON LIVERPOOL,

                Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.*,

                Defendants.

**ORDER**

20 Civ. 4664 (ER)

Ramos, D.J.:

      The Court is in receipt of Defendants' letter dated April 16, 2021. Because Defendants are now in possession of Plaintiff's medical records, they are granted until **May 17, 2021** to file an update to their response to the Court's *Valentin* order. In light of Defendants' extension to identify and/or correct the named Doe Defendants, Plaintiff's request for a conference is DENIED as moot.

      Plaintiff's deadline to file a Third Amended Complaint is hereby extended to **thirty (30) days** after Defendants file their updated response to the Court's *Valentin* order. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      It is SO ORDERED.

Dated:   April 19, 2021
           New York, New York

                                                      Edgardo Ramos, U.S.D.J.