UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON LIVERPOOL,

                    Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.*,

                    Defendants.

**ORDER**

20 Civ. 4664 (ER)

RAMOS, D.J.:

The Court is in receipt of Plaintiff's letter dated October 21, 2021, and is construing this letter as Plaintiff's third amended complaint ("TAC"). Defendants are directed to answer or otherwise respond to the TAC by November 12, 2021.

It is SO ORDERED.

Dated:    October 22, 2021
             New York, New York

                                                                Edgardo Ramos, U.S.D.J