UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON LIVERPOOL,

                    Plaintiff,

– against –

THE CITY OF NEW YORK, *et al.*,

                    Defendants.

**ORDER**

20 Civ. 4664 (ER)

RAMOS, D.J.:

    Anton F. Liverpool brought this complaint on June 17, 2020. Liverpool filed a third amended complaint ("TAC") on October 21, 2021. Defendants moved to dismiss the TAC on December 27, 2021. Liverpool has yet to respond to defendants' motion. Accordingly, Liverpool is directed to file an opposition to defendants' motion to dismiss within one month—no later than July 25, 2022—and is admonished that failure to comply will result in dismissal for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this order to Liverpool at:

> Anton F. Liverpool
> 155581
> Intake Center
> PO Box 8249
> Cranston, RI 02920

    It is SO ORDERED.

Dated:   June 24, 2022
           New York, New York

                                        Edgardo Ramos, U.S.D.J.