UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK

Liverpool                                    20:cv:4664

V

The city of New york          **MEMO ENDORSED**

## MOTION IN REQUEST OF DOCUMENTS

I. Anton Liverpool the plaintiff in the above mentioned matter do ask that the court grant that I be provided with a copy of my fourth amended complaint free of charge due to my indigent status.

> The Clerk of Court is respectfully directed to mail to plaintiff copies of the following docket entries free of charge: Docs. 1, 12, 14, 21, 26, 27, 35, 36, 56, and 95; and to terminate the motion, Doc. 102. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: April 17, 2023
> New York, New York

Respectfully yours
Anton Liverpool