# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Liverpool, v.                                    20-cv-4664
The City of New York, et al.

### MOTION IN REQUEST OF PROOF OF POSTAGE AND COPY OF CORRESPONDAN-CE'S

**MEMO ENDORSED**, at last page

Plaintiff writes the current motion in support, and request of an injunction, and order to the effect that he be supplied with the dates of corrispondance's, and correspondances made to the comptroller's office by him (plaintiff) after March, 21, 2018 to the date of the filing of his (plaintiff's) complaint.

The court has stated in it's opinion and order that my amended complaint should include factual information relevent to whether I filed a notice of claim. Being that I am homeless and incarcirated any such correspondence's or a copy of said claim would not be in my possesion seeing the difficulties in keeping such document's under such circumstances, (ie storage over such time and distruction by prison guard's).

Respectfully Your,
Anton Liverpool

P.S. This is my second request on this matter. I

Know of no other way of obtaining the information's requested except from the city of N.Y. (the defence) through the court.

> Defendants are directed to respond to the Plaintiff's letter by April 27, 2023.  SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J.
> Dated: April 18, 2023
> New York, New York