UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ANTON F. LIVERPOOL,

                    Plaintiff,

      -against-

MARCIA VAUGHN,

                    Defendant.

------------------------------------------------------------------------ x

**ORDER**

20 Civ. 4664 (ER)

      **WHEREAS**, Defendant Vaughn has requested that this Court issue an order directing the Warden or another individual in charge of the Anthony P. Travisono Intake Center in the Rhode Island Department of Corrections to make a notary public available to Plaintiff so that he may sign and have notarized the necessary paperwork to effectuate a settlement in this case;

      **WHEREAS**, the City cannot process the settlement paperwork without notarization of the General Release and Affidavit of Status of Liens; and

      **WHEREAS,** to facilitate the resolution and closure of this matter;

      **IT IS HEREBY ORDERED** that the Warden or another individual in charge of the Anthony P. Travisono Intake Center in the Rhode Island Department of Corrections make a notary available to Plaintiff so that he may sign and have notarized the necessary paperwork to effectuate a settlement in the matter of <u>Anton F. Liverpool v. Marcia Vaughn</u> (20-cv-4664)(ER) as soon as it is practicable to do so but by no later than October 16, 2024.

Dated: New York, New York
       October 9, 2024

                                                      DISTRICT JUDGE EDGARDO RAMOS