UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON F. LIVERPOOL,

                Plaintiff,

-v-                                      CIVIL ACTION NO. 20 Civ. 4664 (ER) (SLC)

MARCIA VAUGHN,                      **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On or before **January 14, 2025**, Defendant shall respond to Plaintiff's letter concerning the nonpayment of funds under the parties' settlement agreement. (ECF No. 139).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:      New York, New York
              January 10, 2025

SO ORDERED.

*/s/ Sarah L. Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**